**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------- x

OLIVE GROUP FZ-LLC               :      Civil Action No.  1:25-mc-00318-JPC

          Plaintiff,         :

                                 :

vs.                            :

                                 :      **Motion for a Protective Order**

AFGHANISTAN CIVIL AVIATION AUTHORITY, :      **Pursuant to FRCP Rule 26(c)**

                                 :

          Defendants.        :

                                 :

---------------------------------------------------------------- x

Non-party respondent BRITISH AIRWAYS PLC (hereinafter "British Airways") moves pursuant to FRCP Rule 26(c) for a protective order against plaintiff/judgment-creditor OLIVE GROUP FZ-LLC.  As set forth in the accompanying Declaration of Anthony U. Battista, Exhibits annexed to the Declaration, and Memorandum of Law, British Airways respectfully requests that the Court grant this motion and order OLIVE GROUP FZ-LLC to cease further post-judgment discovery into British Airways' business operations involving the potential payment of overflight fees to defendant/judgment-debtor AFGHANISTAN CIVIL AVIATION AUTHORITY.

Dated: 01/29/2026

                                 Respectfully submitted,

                                 CONDON & FORSYTH LLP

                           By_____

                             Anthony U. Battista (AB0783)
                             abattista@condonlaw.com
                             William de Wolff (5908199)
                             wdewolff@condonlaw.com
                             7 Times Square, 18th Floor
                             New York, NY 10036
                             Tel: (212) 490-9100
                             Fax: (212) 370-4453

-2-

Attorneys for Non-Party Respondent
BRITISH AIRWAYS PLC

Plaintiff shall respond to British Airways' motion for a protective order, Dkt. 9, by February 13, 2026; British Airways may file a reply, if any, by February 20, 2026.

SO ORDERED.
Date: January 30, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

-2-